**NOT FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NO. CAAP-13-0004539

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SETH-JOSIAH CRAVALHO, JR., Petitioner-Appellee, v.
JODY RIBAO, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-P NO. 06-1-0149)

ORDER OF CORRECTION
(By:  Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on October 17, 2014, is corrected by replacing the word "CIRCUIT" with the word "FAMILY" in the case caption on page 1 at line 6 so that as corrected, the text reads: "APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, November 18, 2014.

FOR THE COURT:

Associate Judge

---

[1]    Foley, Presiding Judge, Leonard and Reifurth, JJ.